UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:02-CR-50 |
| v. | ) | *Collier* |
| | ) | |
| TIMOTHY L. FOSSIS | ) | |
| | ) | |

## **O R D E R**

For the reasons in the accompanying memorandum, the Court hereby **GRANTS** Defendant's motion for return of property (Court File No. 15) and **ORDERS** the Chattanooga Police Department to return to him $884.00 in United States currency and other personal property seized during the vehicle stop on August 13, 2000 and search of his residence on April 16, 2002.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**